FILED
MAY 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ADOL OWEN-WILLIAMS, )
)
Plaintiff, )
)
v. )   CASE NUMBER   1:06CV00948
)
)   JUDGE: Colleen Kollar-Kotelly
BB&T INVESTMENT SERVICES, INC., )
)   DECK TYPE: Contract
Defendant. )
)   DATE STAMP: 05/19/2006

**JURY ACTION**

**DEFENDANT BB&T INVESTMENT SERVICES, INC.'S**
**NOTICE OF REMOVAL**

Pursuant to Fed. R. Civ. P. 81(c) and 28 U.S.C. §§ 1332, 1441 and 1446, Defendant BB&T Investment Services, Inc. ("BB&T") files this Notice of Removal of Case No. 3084 CA 06, *Adol Owen-Williams v. BB&T Investment Services, Inc.*, in the Superior Court of the District of Columbia, and respectfully submits the following:

1. The above-captioned action was commenced in the Superior Court of the District of Columbia, Civil Division on April 21, 2006 and is now pending before that court. Defendant first received a copy of the initial pleadings in the above-captioned action on April 21, 2006. Defendant has timely filed this Notice of Removal.

2. The above-captioned action is a civil action, alleging Defendant's breach of contract. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders on file in the state court are attached hereto as Exhibit A.

3. BB&T is a named defendant in this action.

4. The above-captioned action is a proceeding in which this Court has original jurisdiction under 28 U.S.C. § 1332 because there is complete diversity between Plaintiff and Defendant now and at the time of filing the state court action and because the amount in

controversy in the action, exclusive of interest and costs, exceeds Seventy-Five Thousand Dollars ($75,000.00).

5. The Plaintiff's Compliant seeks injunctive relief and, in the alternative, monetary damages in the amount of $170,000. (Compl. Prayer for Relief (requesting "that this Court direct BB&T to respect and honor the employment agreement" and "allow Plaintiff to begin his employment"); Compl. Prayer for Relief ("In the alternative Plaintiff requests that this Court award damages in the amount of $170,000 to compensate Plaintiff....")

6. At the time of the commencement of this action, Plaintiff was and now is a Maryland resident.

7. At the time of the commencement of this action, BB&T was and now is a North Carolina corporation with its principal place of business in North Carolina.

8. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to all adverse parties promptly after it is filed.

9. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice of Removal will be filed with the Clerk of the Superior Court of the District of Columbia, Civil Division promptly after the filing of this Notice of Removal. A true and correct copy of the Notice to be filed in the state court is attached as Exhibit B to this Notice of Removal, and Plaintiff has been served with a copy of same.

## PRAYER

Defendant respectfully requests that this action be removed to this Court and that this case be placed on the docket for further proceedings. Defendant further prays that upon final disposition, Plaintiff take nothing by his claim and that Defendant be awarded such further relief to which it is justly entitled.

Respectfully submitted,

*[signature]*

Alan L. Briggs  (D.C. Bar #445237)
Squire, Sanders & Dempsey L.L.P.
1201 Pennsylvania Avenue, N.W.
Suite 500
Washington, D.C.  20004
(202) 626-6600 (telephone)
(202) 626-6780 (facsimile)

Dated: May 19, 2006

*Counsel for BB&T Financial Services, Inc.*