**Exhibit 2**

| | | |
|---|---|---|
| JAMES P. GARLAND<br>14105 Greencroft Lane<br>Cockeysville, Maryland 21030 | * | IN THE |
| | * | CIRCUIT COURT |
| and | * | FOR |
| THE LAW OFFICES OF<br>MILES & STOCKBRIDGE, P.C.<br>10 Light Street<br>Baltimore, Maryland 21202, | *<br><br>* | MONTGOMERY COUNTY<br><br>Case No.: |
| | * | |
| Plaintiffs | * | |
| v. | * | |
| ADOL THEO OWEN-WILLIAMS, JR.<br>1027 Hillside Lake Terrace<br>North Potomac, Maryland 20899, | * | |
| | * | |
| Defendant. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### VERIFIED COMPLAINT FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND FINAL INJUNCTIVE RELIEF

Plaintiffs James P. Garland, Esquire ("Garland") and The Law Offices of Miles & Stockbridge, P.C. ("Miles & Stockbridge), by and through their attorneys, Albert D. Brault, and Brault, Graham, Scott & Brault, L.L.C., hereby sue defendant, Adol Theo Owen-Williams, Jr. ("Owen-Williams"), and for reasons state:

Introductory Statement

In this action, Mr. Garland and Miles & Stockbridge seek relief from a continuing campaign of defamatory statements and physical and verbal harassment by Owen-Williams. Owen-Williams was an unsuccessful plaintiff in civil litigation he brought against Merrill Lynch

03264/0/00072306.WPDv1

Pierce, Fenner & Smith ("Merrill Lynch"). Garland and Miles & Stockbridge represented Merrill Lynch in that litigation. After the Circuit Court for Montgomery County dismissed Owen-Williams's claims against Merrill Lynch, he turned his sights on Garland and Miles & Stockbridge, as the attorneys who represented Merrill Lynch, unsuccessfully sued them, and engaged in a pattern of threatening behavior, harassment, and defamatory statements directed at Garland and Miles & Stockbridge. This behavior and harassment have escalated in recent weeks.

## The Parties

1. Plaintiff James P. Garland is a lawyer, admitted to and in good standing with the Maryland Bar. He is a member of the law firm of Miles & Stockbridge. Mr. Garland is an adult citizen of Maryland, residing in Baltimore County and practicing principally out of the Baltimore offices of Miles & Stockbridge.

2. Plaintiff Miles & Stockbridge is a professional corporation of lawyers, with its principal place of business at 10 Light Street, Baltimore, Maryland.

3. Defendant, Adol Owen-Williams, Jr., is an adult citizen of Montgomery County, Maryland. Upon information and belief, plaintiffs allege that defendant resides at 1027 Hillside Lake Terrace, North Potomac, Maryland 20899.

## Jurisdiction and Venue

4. Jurisdiction is proper in this Court pursuant to §1-501 of the Courts & Judicial Proceedings Article of Maryland's Annotated Code.

5. Venue is proper in this Court pursuant to § 6-201 of the Courts & Judicial Proceedings Article.

## Facts Common to All Counts

6. Defendant, Owen-Williams, was fired by his former employer, Merrill Lynch. He then sued Merrill Lynch on groundless claims relating to his termination.

7. First, he sued Merrill Lynch in federal court. Merrill Lynch prevailed in that case.

8. Owen-Williams then brought essentially the same claims in the Circuit Court for Montgomery County. This court granted summary judgment in favor of Merrill Lynch.

9. Owen-Williams appealed to the Court of Special Appeals. His appeal was denied. He also lost his attempts to have his appeal reconsidered.

10. Throughout the course of the Merrill Lynch litigation, Owen-Williams engaged in threatening and harassing behavior directed at the Miles & Stockbridge attorneys representing Merrill Lynch, including Kathleen Pontone, Esquire, and plaintiff Garland.

11. As one example, in July 1995, Owen-Williams telephoned Melvin Hirshman, Esquire, Bar Counsel for the Attorney Grievance Commission, referring to Ms. Pontone as "that no-good bitch," and made what Mr. Hirshman interpreted as a death threat against Ms. Pontone.

12. Mr. Hirshman was so concerned about the threat that he telephoned Ms. Pontone to warn her that he believed she was in grave danger from Owen-Williams.

13. Plaintiffs and undersigned counsel understand that this Court has instituted special security measures to be taken whenever Owen-Williams appears for in-court proceedings, because of his past behavior in this forum.

14. After exhausting his appeals in the Merrill Lynch litigation, Owen-Williams sued Miles & Stockbridge, making various claims about the firm's conduct in representing Merrill Lynch. Miles & Stockbridge prevailed, obtaining summary judgment in its favor. The court

found that in all respects, Miles & Stockbridge and its member and associate lawyers had acted within the scope of their privilege as legal counsel for Merrill Lynch in a contested matter.

15. After losing his case against Miles & Stockbridge, described above, Owen-Williams, representing himself, appealed to the Court of Special Appeals of Maryland, which denied his appeal and affirmed the decision of the Circuit Court. Owen-Williams then filed a *pro se* motion for rehearing, which the Court of Special Appeals denied.

16. On February 28, 2003, after the Court of Special Appeals denied Owen-Williams's request for a rehearing, plaintiff James Garland received a telephone call from Owen-Williams. In that telephone call, Owen-Williams told Garland that he expected that the Court of Appeals would deny his petition for certiorari and he would have exhausted his legal recourse.

17. In that conversation, Owen-Williams told Mr. Garland that he had tried to "play the game by the rules," but had lost any opportunity to win by playing by the rules.

18. Owen-Williams then told Garland, "*now that you have taken my life from me, I intend to take your life and your family's life from you.*" He also said that he might as well spend the rest of his life in the gutter as in prison because there was "nothing left" for him now.

19. Despite being contacted by law enforcement authorities both after the 1995 threats and the more recent ones, Owen-Williams has continued his harassing, threatening, defamatory, and illegal behavior.

20. Despite security measures instituted specifically to keep him out of the Miles & Stockbridge premises, and being well aware that he was not welcome on those private premises, Owen-Williams gained access to the Miles & Stockbridge offices by using a false identity, and

upon reaching a Miles & Stockbridge receptionist, told her to "tell Mr. Garland Adol said hello," and then departed.

21. On or about March 31, 2003, Owen-Williams inserted brightly colored flyers entitled "Neighborhood Alert" into all the private mailboxes in the neighborhood where Garland and his family live. The flyers list Garland's name and home address in bold, as well as the name and address of Miles & Stockbridge.[1]

22. In the flyers, Owen-Williams accuses Garland of the gravest criminal conduct, in an obvious effort to embarrass Garland and his family and to incite fear and hatred toward Garland.

23. The accusations made in the flyers are utterly false, highly offensive, and defamatory.

24. Among other groundless and malicious accusations, the flyers Owen-Williams compares Garland to notorious convicted criminals.

25. To avoid giving further exposure to the scandalous and damaging falsehoods therein, undersigned counsel have not attached the flyer to this Complaint, but will furnish a copy to the court for *in camera* review.

---

[1] There is no question that it is Owen-Williams who created and is circulating the flyers; on April 1, 2003, he personally handed one of them to Andrew Jay Graham, Esquire, representing plaintiffs in this matter.

26. Owen-Williams's false accusations are such that, if not enjoined, they will permanently and irreparably damage Garland's personal and professional reputation, and the reputation of Miles & Stockbridge.

27. In an attempt to lend credence to the scurrilous and false accusations in the flyers, Owen-Williams falsely states in the flyers that "these very same accusations" have been made "in sworn statements" in various courts, which he lists.

28. Garland has already received contacts from certain neighbors expressing genuine concern about the accusations in the flyers. More than one neighbor has telephoned Garland and expressed concerns based on the assumption that the flyers' false accusations are true.

29. A man appeared at Garland's place of worship on March 31, 2003, trying to distribute the flyers. A maintenance worker at the church, who spoke to the individual distributing the flyers there, positively identified a photograph of Owen-Williams as the individual with the flyers.

30. On April 1, 2003, Owen-Williams telephoned the office of Carl Meyer, a branch manager for Merrill Lynch, and falsely identified himself to Mr. Meyer's secretary as "Jim Garland from Miles & Stockbridge."

31. Mr. Meyer took the call, because he believed it was from Garland. When Mr. Meyer got on the phone, Owen-Williams said to him, "This is Adol Owen-Williams. You're at K Street now." The Owen-Williams launched into a diatribe against Merrill Lynch and Miles & Stockbridge.

32. Among other threatening statements during that April 1, 2003, call, Owen-Williams told Mr. Meyer, "I wish you could know the pain you have caused"; and the "*judicial*

*system is a joke and now you all will have to deal with the consequences.*" During his diatribe, Owen-Williams referred to Miles & Stockbridge as a "pack of whores."

33.    Also on April 1, 2003, Owen-Williams distributed flyers to people at the entrance of 10 Light Street, where Miles & Stockbridge's offices are located, which flyers contained false and highly offensive statements about Garland.

34.    Also on April 1, 2003, Owen-Williams telephoned Garland's secretary at Miles & Stockbridge and instructed her to "ask [Garland] if it feels as good to be humiliated as it does to humiliate" someone else.

35.    The threats, harassment, and defamation by Owen-Williams, described above, is part of a long and vicious crusade against Garland and Miles & Stockbridge, maintained because Owen-Williams is frustrated by his failure to have obtained what he wanted in his lawsuit against Merrill Lynch; and by his failure to then extort millions of dollars from Miles & Stockbridge.

36.    As recently as March 10, 2003, Owen-Williams sent a letter to Garland's and Miles & Stockbridge's lawyers in Montgomery County, demanding millions of dollars.

37.    Owen-Williams's threat to Garland's life and the lives of his family; the publication, in Garland's neighborhood, of false and scandalous allegations of grave criminal conduct; the fact that Owen-Williams identified and targeted the church where Garland worships and tried to distribute the flyers there; and Owen-Williams's behavior in obtaining unauthorized access to Miles & Stockbridge's office by means of a false identification card, all show that his threatening and defamatory conduct is serious, constitutes a danger to innocent persons, and will continue and indeed escalate unless and until enjoined.

## COUNT I
### (Injunctive Relief)

38. Plaintiffs incorporate, as if fully set forth herein, all of the foregoing paragraphs of this Complaint.

39. Owen-Williams's conduct, described above, is unlawful and threatening, and will irreparably damage the reputation and personal and professional well-being of plaintiff James P. Garland unless it is stopped immediately.

40. Owen-Williams's conduct, described above, is unlawful and threatening, and will irreparably damage the reputation and well-being of plaintiff Miles & Stockbridge unless it is stopped immediately.

41. No adequate remedy exists at law to protect plaintiffs from the results of Owen-Williams's conduct, including but not limited to his threats of physical harm and death and his campaign to spread false, highly offensive, scurrilous, and scandalous accusations about Garland and Miles & Stockbridge throughout the community in which Garland lives and practices law.

42. No adequate remedy exists at law to protect plaintiffs from the results of Owen-Williams's threatening and harassing appearances at Miles & Stockbridge's offices in Baltimore and his contacts with its employees.

43. There is a substantial likelihood that plaintiffs will prevail on their claims in this action.

44. The hardships on Garland if injunctive relief is denied heavily outweigh any harm to Owen-Williams from being restrained from making unlawful threats against Garland and his family and from spreading highly defamatory falsehoods about Garland.

45. The hardships on Miles & Stockbridge if injunctive relief is denied heavily outweigh any harm to Owen-Williams from being restrained from making threats against, and spreading highly defamatory falsehoods about, Garland and Miles & Stockbridge; and from entering its premises and contacting its members and employees.

46. The public interest would be served by enjoining Owen-Williams from his defamatory, threatening, and highly disturbing behavior, which threatens the well-being of Miles & Stockbridge employees and Garland's neighbors and family, as well as plaintiffs.

WHEREFORE, plaintiffs request that this court:

a. temporarily, preliminarily, and permanently enjoin Owen-Williams from any and all communication or contact, whether in person, or by telephone, correspondence, e-mail, or any means whatsoever, with Garland or any of his family and Miles & Stockbridge, P.C. or any of its members or employees;

b. temporarily, preliminarily, and permanently enjoin Owen-Williams from going or being within a half a mile from Garland's residence, office, or place of worship or within 100 feet of him or any member of his family;

c. temporarily, preliminarily, and permanently enjoin Owen-Williams from going or being on the premises of Miles & Stockbridge, P.C. or within 100 feet of the entrance to its building at 10 Light Street, Baltimore, Maryland; and

d. temporarily, preliminarily, and permanently enjoin Owen-Williams from any and all statements, oral, written, or otherwise, about Garland or about Miles & Stockbridge, P.C. or any of its members or employees, of the kind or similar to those set forth in the flyers Owen-Williams has generated and circulated and described above; and

    e.  award plaintiffs their reasonable expenses, including reasonable attorneys' fees and costs, incurred in connection with seeking this relief.

                   Respectfully submitted,

                   _____
                   Albert D. Brault, Esquire
                   Brault, Graham, Scott & Brault
                   101 South Washington Street
                   Rockville, Maryland  20850
                   Phone:  (301) 424-1060

                   Attorneys for Plaintiffs

## **VERIFICATION**

    I, James P. Garland, solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true.

04/07/03
Date

James P. Garland

Md. Rule 1-304.