**Exhibit 3**

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY

JAMES P. GARLAND, et al.         :

      Plaintiffs                          :

v.                                              :         Case No. 241501-V

ADOL THEO OWEN-WILLIAMS, JR.  :

      Defendant                          :

UPON CONSIDERATION OF The Motion Of Plaintiffs James P. Garland And The Law Offices Of Miles & Stockbridge, P. C. For a Final Injunction and after a full adversary hearing, the Parties do stipulate, consent and agree to the issuance of the following Final and Permanent Injunction against the Defendant, Adol Theo Owen-Williams, Jr. by the Circuit Court for Montgomery County:

WHEREFORE, This Court Orders that:

    a.    the Defendant Owen-Williams be and hereby is enjoined from any and all communication or contact, whether in person, or by telephone, correspondence, e-mail, or any means whatsoever, with James P. Garland or any of his family and the Law Offices of Miles & Stockbridge, P.C. or any of its members or employees;

    b.    the Defendant Owen-Williams be and hereby is enjoined from going or being within a half a mile from James P. Garland's residence, or place of worship or within 100 feet of him or any member of his family;



ENTERED

JUL 1 2 2004

Clerk of the Circuit Court
Montgomery County, Md.

  c. the Defendant be and hereby is enjoined from going or being on the premises of the Law Offices of Miles & Stockbridge, P.C. or within 100 feet of the entrance to its building at 10 Light Street, Baltimore, Maryland;

  d. the Defendant is enjoined from any and all defamatory statements, oral, written, or otherwise, about James P. Garland or about the Law Offices of Miles & Stockbridge, P.C. or any of its members or employees.

_____
Judge, Circuit Court for Montgomery County

Stipulated and agreed to this 8th day of July, 2004:

_____
Albert D. Brault, Esquire
101 S. Washington Street
Rockville, Maryland 20850

_____
Adol Theo Owen-Williams, Jr.
P.O. Box 7071
Chevy Chase, Maryland 20813

**ENTERED**

JUL 1 2 2004

Clerk of the Circuit Court
Montgomery County, Md.

2