**EXHIBIT 2**

# BB&T Investment Services, Inc.
# Pre-Hire Questionnaire and CRD Consent

NASD Conduct Rule 3010(e) requires each member firm to ascertain by investigation the good character, business repute, qualifications, and experience of any person prior to considering them for registration.

> *NOTE:* Any misrepresentation, falsification, omission, or failure to respond to the inquiries listed below are grounds for withholding or withdrawing any offer of employment or form immediate termination of employment with BB&T Investment Services, Inc. whenever discovered.

Applicant Name (please print): **Adol Theo Owen-Williams**

Applicant SSN: **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**    Date of Birth (mm/dd only): **12/19/63**

1. Have you ever been registered with the New York Stock Exchange (NYSE), National Associate of Securities Dealers, Inc. (NASD), or any state regulatory agency or organization?   __No **X**Yes

2. Have you ever been charged, convicted of, pled guilty or nolo contendere to, any felony or misdemeanor?   __No **X**Yes

3. Has the U.S. Securities and Exchange Commission, the NASD, any Federal regulatory agency, any State regulatory agency or organization, or any other regulatory body ever:

   a. Conducted any kind of investigation on you?   **X**No__Yes
   b. Taken any kind of action against you?   **X**No__Yes
   c. Found you to have been involved in a violation of its rules?   **X**No__Yes

4. Have you ever been mentioned, involved with, accused of, voluntarily resigned, been discharged or permitted to resign after allegations were made involving:

   a. Violating investment-related statues, regulations, rules or industry standards of conduct?   **X**No__Yes
   b. Fraud or the wrongful taking of property?   **X**No__Yes
   c. Misappropriation of funds or securities?   **X**No__Yes
   d. Forgery or other signature-related issues?   **X**No__Yes

5. Have you ever been named in an arbitration or civil litigation case?   **X**No__Yes

6. Have you ever been the subject of a customer complaint (written or verbal) which:

   a. Is still pending?   **X**No__Yes
   b. Was settled for $10,000 or more?   **X**No__Yes
   c. Alleged sales practice violations and contained a claim for compensatory damages of $5,000 or more?   **X**No__Yes
   d. Alleged that you were in any way involved in forgery, theft, misappropriation or conversion of funds or securities?   **X**No__Yes

7. Have you ever made a compromise with creditors or filed for bankruptcy?   **X**No__Yes
   (a "yes" answer to this question does not necessarily preclude your eligibility)

8. Do you currently have any unsatisfied judgments or liens against you?   **X**No__Yes

01/09/06

**Insurance Licensed**

9. Are you currently insurance licensed?  ___No _X_Yes

10. Is your insurance license active?  ___No _X_Yes

11. What resident state are you licensed in? __Maryland, Virginia, Wash D.C.__

12. What is your insurance license number? __RPT 999340911__

## CRD Consent

I hereby authorize BB&T Investment Services, Inc. to access and review any records with the NASD in connection with my application for employment and NASD registration. As a securities representative, BB&T Investment Services, Inc. will verify records through the CRD or any regulatory body in relation to my registration or licensing. BB&T Investment Services, Inc. agrees not to contact my current employer prior to the submission of my application. I understand that should I receive an offer of employment with BB&T Investment Services, Inc. the offer would be contingent upon a satisfactory disclosure review, as determined by the Compliance Department.

Applicant Signature: _[signature]_____ Date: _3/6/06_

----- BB&T Investment Services, Inc. use only below this line -----

*If the NASD CRD check is returned with any disclosure events, the Chief Compliance Officer and the Director of Sales must review and approve before an offer of employment is made.*

Regional Sales Manager (please print): _JS Roccograndi_

Regional Sales Manager Signature: _[signature]_____ Date: _3/6/2006_

Compliance Officer Signature: _____ Date: _____

Fax to:

BB&TIS Compliance Department
Fax #: 704-954-1343 (no cover sheet required)
Phone #: 704-954-1307

01/09/06