**EXHIBIT 3**

*Adol T. Owen-Williams, Jr.*
*1031 Hillside Lake Terrace*
*North Potomac, Maryland*
*20878*

*March 28th, 2006*

T.J. Roccograndi
B B & T Bank
7200 Bank Court
Frederick, Maryland
20817

Dear T. J. et al,

After informing my attorney of my plans to pursue employment with you I was advised to prepare this statement to make you aware of a former neighbor from hell situation that was previously bestowed upon me; although the matter has been resolved on my end, my attorney felt that in the name of full disclosure I should make your Bank aware of the details and how they came to be. I have also previously reported this matter to the N.A.S.D.

In the fall of 1999 my then neighbor, Mrs. Marguerite "Peggy" Weldon, a woman with well known emotional and some say mental issues, repeatedly approached me and ask me to assist her in defrauding money out of State Farm Insurance Company and our Washingtonian Woods Home Owner's Association by claiming to have witnessed the substantial amount of **PHANTOM** damages she claims to have sustained in an alleged damage claim. She admitted to me that there were never any actual damages but she felt that if someone credible claimed to have also witnessed these damages it would help her obtain what she claimed would have been tens of thousands of dollars from State Farm Insurance Company. She then offered to share with me 25% of what ever she was able to collect. Upon my initial polite but later adamant refusal to take part in her Insurance Fraud scheme she began harassing me, and later my aunt, Mrs. Omotayo Nensala (also a neighbor at a close address) and me, with telephone calls and repeated unannounced and unwanted visits demanding that we assist her in falsifying statements to State Farm Insurance Company.

It was at this time that Mrs. Weldon began her campaign of off again on again intense harassment, causing me to have to either repeatedly call the police on her or seek several Restraining Peace Orders against her when she would not listen to reason. Mrs. Weldon repeatedly stated that she believed that my refusal to assist her in Insurance Fraud was the equivalent of me depriving her of money that she could have used to spend on her husband and two children, as a result of this throughout her five year on again off again harassment campaign she routinely accused me of taking food money out of the mouths of her two children by not helping her lie, and repeatedly swore to get revenge

against me. As Mrs. Weldon continued to harass me, I continued to report it to the authorities and was repeatedly directed to seek yet another Peace (Restraining) Order against her. As a result of this, ever legal action I began to take against her resulted in her reciprocating an identical action against me. Mrs. Weldon, her husband Mr. Tony Weldon and Mrs. Weldon's mother Mrs. Marguerite Smith later perjured themselves in an effort to assist Mrs. Weldon to successfully obtain a reciprocal Peace Order against me. Much to my glee the Weldons eventually moved. After having previously attacked me on two separate occasions with a steak knife, repeatedly returning back to my neighborhood to stalk, torment, slander, and harass me causing me to yet again seek Restraining Peace Order which she then reciprocated, on August 30th, 2004 Mrs. Weldon retaliated by attempting to kill me by running me over with her car in the Traville Shopping Center parking lot in Potomac Maryland. I narrowly missed being killed and reported the incident to the police. As a result of this incident Mrs. Weldon was charged with First Degree Assault.

After having since sporadically yet habitually stalked, tormented, threatened, assaulted, and slandered me since late 1999, on September 5th, 2004 Mrs. Weldon, did whilst under oath, with reckless disregard for the truth and malicious criminal intent, knowingly file a false complaint against me for of all things stalking, assaulting, and harassing her, her husband, and their two minor children when the fact is that I have had to seek numerous peace orders of protection against Mrs. Weldon since 1999, notwithstanding the fact that she and her family moved several years ago in 2001, Mrs. Weldon continued to return to my neighborhood to assault and torment me. In the further effort to falsely obtain an arrest warrant against me on September 5th, 2004 Mrs. Weldon also falsely stated under oath that I had been previously charged by the police on other occasions for similar acts of assaults against her and her family. This series of unadulterated flagrant lies told whilst under oath resulted in an arrest warrant being issued against me. This series of lies by Mrs. Weldon was in retaliation to me informing the police of Mrs. Weldon attempting to kill me with her automobile on Monday August 30 (Police Report Number R04-047-682, Montgomery County District Court Case Number 5D00151058).

Unaware of the fact that there was an outstanding warrant against me, on September 9th, 2004 when I appeared in the Montgomery County District Court to seek yet another 6 month peace order of protection against Mrs. Weldon I was arrested in open court. Mrs. Weldon openly taunted me, and laughed as I was carted off by the police. I was eventually released later that day after posting a $10,000.00 Bond.

Later that day, on September 9th, 2004, upon realizing how easy it was to lie under oath to have me arrested, Mrs. Weldon again whilst under oath filed yet another false complaint against me claiming that earlier that day I threatened her life in a court room in the presence of the judge, The Honorable Patricia Mitchell. Judge Mitchell has since repeatedly stated for the record that she witnessed NO such threat, and a review of the Court audio recorded hearing proved that no such statements were ever made. Nevertheless, on September 11th, 2004 I was again charged, upon learning of the

outstanding charge and turning myself in to the Montgomery county police, where I was forces to post a $10,000.00 CASH bond which was later returned to me.

All charges falsely filed against me dismissed by the Courts upon reviewing the contradicted and false statements made by Mrs. Weldon. The Courts have found her conduct to be false and left it up to the State Attorney's Office and me to pursue a criminal complaint. Based on Mrs. Weldon's habitually sadistic 6 plus year track record the authorities are absolutely positive that Mrs. Weldon will continue to return to her demonic and destructive behavior against me if she isn not held criminally liable. I was informed on January 3rd, 2006 that the Maryland State Attorney's Office has decided to prosecute several charges against Mrs. Weldon for her numerous false sworn statement made against me whilst under oath; until that matter is resolved they will not be able to expunge the false arrest, and only arrest, record that exist against me, that record will be needed in their criminal trial to show proof of what damage their illegal conduct has cause. Mrs. Weldon is currently awaiting trial in Montgomery County Circuit Court for the above mentioned misconduct, Case # 269905, to be heard this summer.

Should you or anyone have any further questions regarding this matter please feel free to contact me or contact my Attorney David E. Grover Esq. at 301-251-9310, his office address is 401 North Washington Street, Suite 500 Rockville, Maryland 20850 Telephone numbers (O) 301-251-9310 (Cl) 301-404-6222.

Sincerely,

Adol T. Owen-Williams