**EXHIBIT 5**

**Adol T. Owen-Williams, Jr.**
1031 Hillside Lake Terrace
North Potomac, Maryland
20878

February 28th, 2005


Dear Sirs or Madams;


    Attached is a copy of my resume for your review. As my career objective clearly states I am seeking an opportunity to "RECREATE" the success and ability that I have previously proven that I am capable of in the Investment Advisory Financial Sales arena.

    My work history will show that despite my unmitigated success as an Investment Advisor with my first employer, up until late 2004, I have been out of the work force for some time, through no fault of my own or at my own choosing, however I am very enthusiastic about having returned to the industry and its great potential.

    Having seen many people take sabbaticals for whatever reasons only to return to successful careers in our industry, I am without a doubt that, despite what I've endured, upon my return I will be an auspicious contributor to any Financial Institution in the industry. I sincerely look forward to having any opportunity to meet with you in person to discuss those potentials. I look forward to having contact with your office within two to five days from the above date of this correspondence to attempt to schedule an opportunity to meet with you in person again. I'd like to thank you in advance for your time and consideration.


Respectfully Submitted,


Adol T. Owen-Williams, Jr.

**Adol Theo Owen-Williams, Jr.**
1031 Hillside Lake Terrace, North Potomac Maryland 20878
E-Mail: The1AndOnlyAdol@HotMail.Com
Telephone (Cell) 301-922-2387 (Home) 301-963-9444

| | |
|---|---|
| **CAREER OBJECTIVE** | Seeking an opportunity to recreate my proven success and ability in the Financial Advisory arena. |
| **EDUCATION** | Corporate Investment Securities Training, No. 2 World Trade Center, New York, N.Y. March 1993<br><br>National Association and Securities Dealer Series 7 & 66 Licenses. MD, DC, & VA State Life and Health Ins.<br><br>BLINDER ROBINSON INC. (Self-Financed Sponsor for Series 7) Corporate Investment Securities Training, Denver Colorado, June 1989<br><br>UNIVERSITY OF MARYLAND, College Park, MD.<br>Bachelor of Arts, Study in Business Management (Emphasis in Marketing and Finance), December 1988<br><br>TOWSON STATE UNIVERSITY, Baltimore MD.<br>Studied Accounting & Finance, transferred June 1987<br><br>UNITED STATES NAVY PRE-FLIGHT CADET TRAINING, May 1983, San Diego CA., Meridian MI., Jacksonville Fla., Norfolk VA. |
| **EMPLOYMENT EXPERIENCE** | Served in the capacity of an Investment Consultant for two of the worlds largest and most prestigious Investment Banking Firms. Job responsibilities include acquiring and managing of over 315 Million dollars of various client assets ranging from individual personal and retirement accounts to children trust accounts, along with a number of Corporate Investment and Pension fund Accounts. Also responsible for the continuous monitoring and evaluations of a number of outsourced professionally Managed Money Accounts in Equity Management, Annuity, other Insurance products. |
| **EMPLOYMENT HISTORY** | **MASS MUTUAL FINANCIAL SERVICES**, Bethesda MD.<br>Re-Obtained Series 7 & 66 Licence; MD, VA, & DC Life & Health Ins. Jan. 2005 to Present<br><br>**DEAN WITTER REYNOLDS INC.**, McLean VA.<br>Employed as an Investment Consultant (Stock Broker) January 1993 to June 1994. |

**MERRILL LYNCH, PIERCE, FENNER, & SMITH INC.,**
Rockville MD. Served as a Financial Consultant (Stock Broker) December 1989 to January 1992

## REFERENCES

### The Honorable Robert L. Ehrlich, Jr.
(Known 5 Years)
Maryland State Governor
State House
Annapolis, Maryland 21401-1925
1-410-974-3901
1-410-974-3275

### Mr. Wilmot Squier
(Known 26 Years)
President CEO Squier & Associates
14650-H Rothgeb Drive
Rockville, Maryland 20850
301-762-3710

### Ms. Karen A. Smith, Esquire
(Known 5 Years)
Co-Chair of Maryland State Public Service Commission
Saint Paul Street
Baltimore, Maryland 212
1-410-974-5038

### Mr. James Trusty
(Known 25 Years)
Assistant United States Attorney
6500 Cherrywood Lane
Greenbelt, Maryland 20770
301-344-4433

## CERTIFICATE OF SERVICE

I hereby certify that on this \_\_11th\_\_ day of May, 2006 true and accurate copies of the foregoing Defendant BB&T Investment Services, Inc.'s Answer were served by first-class mail, postage prepaid, on the following:

Mr. Seann P. Malloy
Mr. Matthew Simmons
Simmons & Associates, Chartered
7347 Wisconsin Ave., Suite 200
Bethesda, MD  20814

Mr. Adol T. Owen-Williams
1031 Hillside Lake Terrace
North Potomac, MD  20878

_____
Alan L. Briggs

10

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served via first-class U.S. mail, postage prepaid to the following counsel of record on this 19th day of May 2006:

>Seann P. Malloy
>Simmons & Associates, Chartered
>7347 Wisconsin Avenue
>Suite 200
>Bethesda, Maryland  20814
>(301) 986-8444 (telephone)
>(301) 597-0749 (facsimile)
>
>*Counsel for Adol Owen-Williams*
>
>
>Adol Owen-Williams
>1031 Hillside Lake Terrace
>North Potomac, MD  20878

_____
Alan L. Briggs