UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADOL OWEN-WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>BB&T INVESTMENT SERVICES, INC.,<br><br>  Defendant. | Civil Action No. 06-948 (CKK) |

**ORDER**

Following Defendant's removal of this case from District of Columbia Superior Court on Friday, May 19, 2006, this Court held a conference call on the record with counsel for each party on Monday, May 22, 2006 to discuss how this case should proceed. Counsel for Defendant indicated a desire to re-file Defendant's Motion to Compel Arbitration and Motion to Stay, which had been denied without prejudice in D.C. Superior Court due to counsel's failure to file a Rule 12(i) certificate indicating that the parties had conferred prior to the filing of the motion. In order to allow this case to proceed in the most rational and efficient manner, it is, this 22nd day of May, 2006, hereby

**ORDERED** that Plaintiff's counsel is to send the D.C. Superior Court order which denied Defendant's Motion to Compel without prejudice to both the Court and counsel for Defendant via facsimile; it is further

**ORDERED** that Defendant is to file its Motion to Compel Arbitration and Motion to Stay on or before Friday, May 26, 2006; it is further

**ORDERED** that Plaintiff's Opposition to Defendant's Motion to Compel Arbitration and

Motion to Stay shall be due on or before Thursday, June 8, 2006; it is further

**ORDERED** that Defendant's Reply in support of its Motion to Compel Arbitration and Motion to Stay shall be due on or before Friday, June 16, 2006.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge