**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Adol Owen-Williams, | ) | |
| Plaintiff | ) | Case No. 1:06CV00948 |
| | ) | |
| v. | ) | The Honorable Colleen Kollar-Kotelly |
| | ) | |
| BB&T Investment Services, Inc., | ) | |
| Defendant | ) | |

**CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES**
**OF THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for BB&T Investment Services, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of BB&T Investment Services, Inc. which have any outstanding securities in the hands of the public:

BB&T Corporation

BB&T Corporation is a publicly held corporation and has no parent corporation. No publicly held corporation holds 10% or more of BB&T Corporation's common stock. Branch Banking and Trust Company is a wholly owned subsidiary of BB&T Corporation. BB&T Investment Services, Inc. is a wholly owned subsidiary of Branch Banking and Trust Company.

These representations are made in order that judges of this court may determine the need for recusal.

/s/ Alan L. Briggs
Alan L. Briggs, DC Bar No. 445237
SQUIRE, SANDERS & DEMPSEY L.L.P.
1201 Pennsylvania Ave., N.W.
Suite 500
Washington, DC  20004
Telephone:  (202) 626-6600
Facsimile:  (202) 626-6780

*Attorney of Record for*
*BB&T Investment Services, Inc.*