UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Adol Owen-Williams, | ) | |
|     Plaintiff, | ) | Case No. 1:06CV00948 |
| | ) | |
| v. | ) | The Honorable Colleen Kollar-Kotelly |
| | ) | |
| BB&T Investment Services, Inc., | ) | |
|     Defendant. | ) | |

**DEFENDANT BB&T INVESTMENT SERVICES, INC.'S MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY PROCEEDINGS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, BB&T Investment Services, Inc. ("BB&T") by and through counsel, hereby respectfully moves the Court to compel Plaintiff Adol Owen-Williams' claims against it to arbitration pursuant to a signed agreement to arbitrate and dismiss or stay these proceedings. In accordance with Local Civil Rule 7(m), Counsel for BB&T discussed this motion with opposing counsel, and the motion is opposed. The grounds for the motion are more particularly set forth in the attached memorandum of law.

Dated: May 26, 2006

    Respectfully submitted,

    /s/ Alan L. Briggs
    Alan L. Briggs, DC Bar No. 445237
    SQUIRE, SANDERS & DEMPSEY L.L.P.
    1201 Pennsylvania Ave., N.W.
    Suite 500
    Washington, DC  20004
    Telephone:  (202) 626-6600
    Facsimile:  (202) 626-6780

    *Attorney for BB&T Investment Services, Inc.*