# DEFENDANT'S EXHIBIT B

## Case No. 1:06CV00948

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Adol Owen-Williams,<br>　　　　Plaintiff, | ) <br> ) <br> ) | Case No. 1:06CV00948 |
| v. | ) <br> ) <br> ) | The Honorable Colleen Kollar-Kotelly |
| BB&T Investment Services, Inc.,<br>　　　　Defendant. | ) <br> ) | |

**ORDER**

This case came on to be heard on Defendant's Motion to Compel Arbitration and Dismiss or Stay Proceedings. The Court finds the Motion is well taken and it is GRANTED. It is, therefore,

ORDERED that the Plaintiff is directed to proceed to arbitration in accordance with the terms of the contract and this case is dismissed with prejudice.

It is so ORDERED this ___ day of _____, 2006.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　　　　　Hon. Colleen Kollar-Kotelly

11

Copies to:

Seann P. Malloy
Simmons & Associates, Chartered
7347 Wisconsin Avenue
Suite 200
Bethesda, Maryland  20814
(301) 986-8444 (telephone)
(301) 597-0749 (facsimile)
Attorneys for Plaintiff

Alan L. Briggs
Squire, Sanders & Dempsey L.L.P.
1201 Pennsylvania Avenue, N.W.
Suite 500
Washington, D.C.  20004
(202) 626-6600 (telephone)
(202) 626-6780 (facsimile)
Attorneys for Defendant