## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADOL OWEN-WILLIAMS ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 1:06cv00948 |
| ) | Honorable Colleen Kollar-Kotelly |
| BB&T INVESTMENT SERVICES ) | |
| ) | |
|     Defendants. ) | |

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

NOW COMES the Plaintiff, Adol Owen-Williams, by and through his undersigned counsel and respectfully submits this Opposition to Defendant's Motion to Compel Arbitration and Stay Proceedings or to Dismiss in this matter pursuant to an arbitration clause in the Protective Covenants Agreement. The grounds for this Opposition are more particularly set forth in the attached memorandum of law.

                                                                                              Respectfully Submitted

                                                                                      _____/s/_____
                                                                                      Seann P. Malloy 490343
                                                                                      Simmons & Associates, Chartered
                                                                                      7347 Wisconsin Avenue
                                                                                      Suite 200
                                                                                      Bethesda, Maryland 20814
                                                                                      (301) 986-8444
                                                                                      (240) 671-4058 fax

June 8, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Opposition to Plaintiff's Opposition to Defendant's Motion to Compel Arbitration and Stay Proceedings was mailed, postage prepaid, this __8__ day of June, 2006, to:

>Alan Briggs
>Squire, Sanders & Dempsey, L.L.P.
>1201 Pennsylvania Avenue., N.W.
>Suite 500
>Washington, D.C. 20004

____/s/_____
Seann P. Malloy