# EXHIBIT A



*Member NASD & SIPC*

200 South College St., 8th Fl
Charlotte, NC 28202
Client Services: 800-453-7348

March 23, 2006

Mr. Adol T. Owen-Williams, Jr.
1031 Hillside Lake Terrace
North Potomac, Maryland 20878

Dear Adol:

I am pleased to have this opportunity to formally communicate our job offer to you for the position of Investment Counselor with BB&T Investment Services, Inc., employment beginning April 10, 2006. All employment offers are contingent upon standard background checks including educational and employment records search, criminal records search, NASD Central Registration Depository Report, reference checks and satisfactory results of our company's pre-employment substance abuse test. Fingerprinting must be completed at the time of New Employee Orientation. All Investment Counselors and Investment Associates are required to sign a BB&T Investment Services, Inc. Non-Compete Agreement as a condition of employment. Upon joining BB&T, you are expected to adhere to ethical standards deemed appropriate of employees in the financial services industry. Abiding by the Corporation's Code of Ethics is also a condition of your employment.

You will attend New Employee Orientation at BB&T Investment Services headquarters April 17-21, 2006.

Your compensation from April 10-30, 2006 will be pro-rated based on a salary of $23,990.40. You will receive a $5,000.00 a month forgivable draw from May 2006 through July 2006. Beginning August 2006, you will receive a monthly forgivable draw of $1,999.20. However, if your production exceeds this amount, you will receive the higher amount.

You will be eligible to participate in BB&T's flexible employee benefits program immediately upon employment. Please be aware that beginning in 2006, in order to participate in any of BB&T's Health Care Plans, employees will be required to complete a Health Risk Assessment and complete blood/lab work within 90 days of benefit eligibility. You will be scheduled to attend orientation for new employees shortly after your employment begins.

Your experience and enthusiasm will be a winning combination here at BB&T and I am looking forward to having you on my team. Please feel free to contact me in the meantime with any questions you may have at 301-644-6391.

Sincerely,

T.J. Roccograndi
Regional Sales Manager

C:  HS Regional Recruiter
    Personnel File

__✓__ ACCEPT            I hereby accept the employment offer as set forth in this letter.

                        _____
                        Applicant

_____ REJECT           I hereby reject the employment offer as set forth in this letter.

                        _____
                        Applicant

_____ APPROVAL         _____
                        Dennis W. Blue/John D. Vaughan Jr.