# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ADOL OWEN-WILLIAMS       )
                                         )

       Plaintiff,           )
                                         )

v.                             )      Case Number: 1:06cv00948
                                       )      Honorable Colleen Kollar-Kotelly

BB&T INVESTMENT SERVICES )
                                         )

       Defendants.        )

## ORDER

UPON consideration of the Defendants' Motion to Compel Arbitration and Dismiss or Stay Proceedings and Plaintiff's Opposition and thereto, it is this _____ day of _____, 2006 hereby

ORDERED, that the Defendants' Motion to Compel Arbitration and Dismiss or Stay Proceedings is **DENIED.**

                                              _____

                                              Judge Kollar-Kotelly

cc:

Seann P. Malloy
Simmons & Associates, Chartered
7347 Wisconsin Avenue, Suite 200
Bethesda, Maryland 20814
(301) 986-8444

Alan Briggs
Squire, Sanders & Dempsey, L.L.P.
1201 Pennsylvania Ave., N.W.
Suite 500
Washington, D.C. 20004