UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADOL OWEN-WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> BB&T INVESTMENT SERVICES, INC., <br><br> Defendant. | Civil Action No. 06-0948 (CKK) |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 31st day of July, 2006, hereby

**ORDERED** that [4], [6] Defendant's Motion to Compel Arbitration and Dismiss or Stay is GRANTED.  It is further

**ORDERED** that the above-captioned action is DISMISSED WITHOUT PREJUDICE given that the arbitration clause in Plaintiff's employment contract must be fully enforced as to all claims.

**SO ORDERED**.

                                                                 */s/*
                                            COLLEEN KOLLAR-KOTELLY
                                            United States District Judge